**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATRICK JOSEPH MCCABE, ) | Case No.: 11-CV-00988-LHK |
|                 Petitioner. ) | ORDER SEEKING GOVERNMENT'S |
| v.  ) | RESPONSE TO PETITIONER'S EX PARTE MOTION |
| UNITED STATES OF AMERICA, ) | |
|                 Respondent. ) | (re: dkt. #2) |

On February 22, 2011, the Honorable Nandor J. Vadas granted the United States government's request for a certificate of extradition with respect to Petitioner. *See* Dkt. #75 in *In the Matter of the Extradition of Patrick McCabe*, Case Number 10-XR-90622-NKV ("Extradition Order"). On March 3, 2011, Petitioner filed a petition for a writ of habeas corpus before this Court. On March 11, 2011, Petitioner filed an ex parte motion seeking a stay of surrender pending review of the Extradition Order in habeas corpus proceedings. *See* Dkt. #2. Before ruling on this motion, the Court seeks a response by the United States.

Accordingly, the United States shall file a response to Petitioner's motion by Wednesday, March 15, 2011. Petitioner may file a brief Reply on Thursday, March 16, 2011. As counsel for the United States has not yet appeared, counsel for Petitioner shall serve this Order on the United

1

Case No.: 11-CV-0003-LHK
ORDER SEEKING GOVERNMENT'S RESPONSE TO EX PARTE MOTION

1   States and file proof of service with the Court by **11:00 a.m., Monday, March 14, 2011.**

2   **IT IS SO ORDERED.**

4   Dated: March 11, 2011

LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-0003-LHK
ORDER SEEKING GOVERNMENT'S RESPONSE TO EX PARTE MOTION